UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONICA JACQUET,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No.: 1:14-cv-000010 (RLW) |
| | ) |
| **STARWOOD HOTELS AND RESORTS WORLDWIDE, INC.** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Monica Jacquet, by and through her undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant, Starwood Hotels and Resorts Worldwide, Inc..

Dated: January 21, 2014

Respectfully Submitted,

/s/ Jennifer L. Bezdicek
Jennifer L. Bezdicek (Bar #979041)
Sofia Yazykova (Bar #1004969)
The Bezdicek Law Firm, PLLC
20 F Street NW, Suite 700
Washington, DC 20001
(202) 617-0707